**SEALED**

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 OCT -7 PM 12: 44
DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. **3-15CR-453-M** |
| v. | |
| TAMEIRA JANELL SMITH | **FILED UNDER SEAL** |

## INDICTMENT

The Grand Jury Charges:

Counts One through Three
Harassing Telephone Calls
(Violation of 47 U.S.C. § 223(a)(1)(C))

1. From approximately May 7, 2015 and continuing to on or about October 1, 2015, the defendant, Tameira Janell Smith ('Smith'), made a series of at least fifteen contacts with university and municipal police departments, falsely reporting emergencies in which she was a purported victim or purportedly injured. Many times, Smith was neither injured nor was she even in the area she reported to the dispatcher handling the communication for the police departments. In some of the later instances, Smith staged a scene, called the police, and waited for the emergency personnel to arrive.

2. Throughout this scheme, Smith utilized a telecommunications device, as defined in 47 U.S.C. §223(h)(1), including any device or software that can be used to originate telecommunications or other types of communications that are transmitted, in whole or in part, by the Internet. Specifically, Smith utilized voice over Internet protocol ("VOIP") technology through software published by Text Plus. Smith caused the software to

transmit originating phone numbers that were not her own, thereby concealing her true identity and location.

3. Smith contacted police departments throughout the United States and also in Canada. Smith would either not give her name or provide a false name when making contact with the police. Upon receiving the calls, the police departments responded as if a true emergency existed by deploying emergency personnel and vehicles, including police cruisers, fire trucks, and ambulances.

4. On or about the dates indicated below, for each count below, within the Northern District of Texas and elsewhere, Smith, in interstate and foreign communications, utilized a telecommunications device without disclosing her identity and with intent to abuse, threaten, and harass any person at the called number. A description of each call constituting a separate count of this Indictment is listed below.

| Count | Date | Description of Call |
|---|---|---|
| 1 | May 15, 2015 | Smith communicated with the University of Oregon Police Department in Eugene, Oregon. T.M. received the call. |
| 2 | May 17, 2015 | Smith communicated with University of Louisville Police in Louisville, Kentucky. C.P. received the call. |
| 3 | May 20, 2015 | Smith communicated with University of Toronto Police Service (UTPS) in Ontario, Canada. R.V. received the call. |

**--The remainder of this page is blank.--**

All in violation of 47 U.S.C. § 223(a)(1)(C).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
LORI L. WALKER
Assistant United States Attorney
Texas Bar No. 24013673
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8662
Facsimile: 214.767.4100
Email: lori.walker@usdoj.gov

Indictment – Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

TAMEIRA JANELL SMITH

---

INDICTMENT

47 U.S.C. § 223(a)(1)(C)
Harassing Telephone Calls

3 Counts

---

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this 7th day of October, 2015

_____
                                                          Clerk

**WARRANT TO ISSUE**
_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Magistrate Case Pending